x:\ATS52108 \adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
----------------------------------------------------------------X
EDWARD VANFECHTMANN (AND WIFE,
LORRAINE VANFECHTMANN)

      Plaintiffs,

   -against-

ON-SITE:
7 WORLD TRADE COMPANY, L.P., A RUSSO WRECKING, INC., ABM INDUSTRIES, INC., ABM JANITORIAL NORTHEAST, INC., AMEC CONSTRUCTION MANAGEMENT, INC., AMEC EARTH & ENVIRONMENTAL, INC., ANTHONY CORTESE SPECIALIZED HAULING LLC., ATLANTIC HEYDT CORP., BECHTEL ASSOCIATES PROFESSIONAL CORPORATION., BECHTEL CONSTRUCTION, INC., BECHTEL CORPORATION., BECHTEL ENVIONMENTAL, INC., BERKEL & COMPANY, CONTRACTORS, INC., BIG APPLE WRECKING & CONSTRUCTION CORP., BOVIS LEND LEASE LMB, INC., BREEZE CARTING CORP., BREEZE NATIONAL INC., BRER-FOUR TRANSPORTATION CORP., BURO HAPPOLD CONSULTING ENGINEERS, P.C., C.B. CONTRACTING CORP., KANRON CONSTRUCTION CORP., CORD CONTRATING CO., INC., DAKOTA DEMO-TECH., DIAMOND POINT EXCAVATING CORP., DIEGO CONSTRUCTION, INC., DIVERSIFIED CARTING, INC., DMT ENTERPRISE, INC., D'ONOFRIO GENERAL CONTRACTING CORP, EAGLE LEASING & INDUSTRIAL SUPPLY, INC.,

**NOTICE OF ADOPTION**

**07 CV 1719**

EAGLE ONE ROOFING CONTRACTORS INC., EJ DAVIES, INC., EN-TECH CORP., EVERGREEN RECYCLING OF CORONA (EROC)., EWELL W. FINLEY, P.C., EXECUTIVE MEDICAL SERVICES, P.C., FLEET TRUCKING, INC., FRANCIS A. LEE EXTERIOR RESTORATION, INC., FTI TRUCKING, INC., GILSANZ, MURRAY, & STEFICEK, LLP, GOLDSTEIN ASSOCIATED CONSULTING ENGINEERS, PLLC., HALLEN WELDING SERVICE, INC., H.P ENVIRONMENTAL., KOCH SKANSKA INC., LAQUIAL CONSTRUCTION INC., LASTRADA GENERAL CONTRACTING CORP., LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS P.C., LIBERTY MUTUAL GROUP, LOCKWOOD, KESSLER & BARTLETT, INC., LUCIUS PITKIN, INC., LZA TECH-DIV OF THORTON TOMASETTI., MANAFORT BROTHERS INCORPORATED., MAZZOCCHI WRECKING, INC., HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP., MORETRENCH AMERICAN CORP., MRA ENGINERING, PC., MUESER RUTLEDGE CONSULTING ENGINEERS, INC., NACIREMA INDUSTRIES INCORPORATED., NEW YORK CRANE & EQUIPMENT CORP., NICHOLSON CONSTRUCTION COMPANY., PETER SCALAMANDRE & SONS, INC., PINNALCE ENVIRONMENTAL CORP., PLAZA CONSTRCTION CORP., PORT AUTHORITY OF NEW YORK AND NEW JERSEY., PRO SAFETY SERVICES LLC., PT & L CONTRACTING CORP., ROBER SILMAN ASSOCIATES., ROBERT L. GEROSA, INC., RODAR ENTERPRISES, INC., ROYAL GM, INC., SAB TRUCKING INC., SAFEWAY ENVIRONMENTAL CORP., SEASONS INDUSTRIAL CONTRACTING., SEMCOR EQUIPMENT & MANUFACTURING CORP., SILVERITE CONTRACTING CORPORATION., SIMPSON GUMPERTZ & HEGER INC., SKIDMORE, OWING & MERRILL LLP., SURVIVAIR., TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN., TISHMAN CONSTRUCTION CORPORATION OF NEW YORK., TISHMAN INTERIORS CORPORATION., TISHMAN SPEYER PROPERTIES., THORTON-TOMASETTI GROUP, INC., TORRETTA TRUCKING, INC., TOTAL SAFETY CONSULTING, L.L.C., TUCCI EQUIPMENT RENTAL CORP., TULLY

CONSTRUCTION CO, INC., TURNER CONSTRUCTION COMPANY., ULTIMATE DEMOLITION/ CS HAULING ( JOINT VENTURE )., VERIZON NEW YORK INC., VOLLMER ASSOCIATES LLP., WEEKS MARINE, INC., WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C., WHITNEY CONTRACTING INC., WOLKOW-BRAKER ROOFING CORP., WORLD TRADE CENTER PROPERTIES LLC., WSP CANTOR SEINUK., YANNUZZI & SONS, INC., YONKERS CONTRACTING COMPANY, INC., YORK HUNTER CONSTRUCTION LLC, ZIEGENFUSS DRILLING, INC.,
OFF-SITE:
ALAN KASMAN DBA KASCO,AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATEED SERVICES COMPANY, INC.,  ANN TAYLOR STORES CORPORATION, B.R. FRIES & ASSOCIATES, INC., BATTERY PARK CITY AND AUTHORITY, BFP ONE LIBERTY PLAZA CO., LLC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC., D/B/A BMS CAT, BLUE MILLENNIUM REALTY LLC, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., ENVIROTECH CLEAN AIR, INC, GPS ENVIRONMENTAL CONSULTANTS, INC, HILLMAN ENVIRONMENT GROUP, LLC, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO, LEHMAN BROTHERS HOLDING INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC., MCCLIER CORPORATION, MERRILL LYNCH & CO, INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., TOSCORP INC., TRAMMELL CROW COMPANY, TRAMMELL CROW CORPORATION SERVICES, INC., WESTON SOLUTIONS, INC., WFP RETAIL CO. G.P. CORP., WFP RETAIL CO. L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P.,

WFP TOWER D HOLDING I G.P. COR., AND WFP
TOWER D. CO., L.P., ET AL,

                      Defendants.
-----------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION, demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      January 8, 2008

_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
ANN TAYLOR STORES CORPORATION
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600